| | |
|---|---|
| Valeria MENDOZA SANTIAGO,<br><br>Petitioner,<br><br>v.<br><br>Laura HERMOSILLO, Acting Field Office Director of Enforcement and Removal Operations, Seattle Field Office, Immigration and Customs Enforcement; Brandon JONES, Superintendent, Hiland Mountain Correctional Center, Alaska Department of Corrections; Todd LYONS, Acting Director of Immigration and Customs Enforcement; Kristi NOEM, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; Pamela BONDI, U.S. Attorney General,<br><br>Respondents. | Case No. 3:26-cv-00132-ACP<br><br>**TEMPORARY RESTRAINING ORDER AND ORDER REGARDING HEARING ON PRELIMINARY INJUNCTION** |

Upon consideration of Petitioners' Emergency Motion for Temporary Restraining Order[1], the Court finds that the immediate interim relief sought by Petitioner Valeria Mendoza Santiago in connection with her simultaneously filed Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 demonstrates irreparable harm. Petitioner alleges she seeks emergency relief because she is a pregnant Mexican national whom Respondents continue to hold in civil immigration detention in contradiction of ICE policy that individuals known to be pregnant, postpartum, or nursing generally should not be detained unless release is prohibited by law or exceptional circumstances exist.[2] Absent prompt consideration, the purpose of the requested emergency relief may be defeated before the Court has an opportunity to review the petition and the grounds set

---

[1] Dkt. 3 (Petitioners' Emergency Motion for Temporary Restraining Order).
[2] *Id* at 2.

1

forth in the Emergency Motion. Thus, the Court finds that Petitioner has demonstrated the likelihood of success on the merits, irreparable harm, and that the balance of equities and public interest favor relief. Accordingly,

IT IS HEREBY ORDERED:

1. Respondents, including Department of Homeland Security (DHS) and Immigration and Customs Enforcement (ICE), and all of their officers, agents, servants, employees, attorneys, successors, assigns, and persons acting in concert or participation with them, are hereby ENJOINED and RESTRAINED from transferring Petitioner VALERIA MENDOZA SANTIAGO from the State of Alaska pending further order of this Court;

2. This Order is issued on March 21, 2026 at 2:40 a.m., and shall take effect immediately upon entry;

3. A briefing schedule and hearing on Petitioner's Motion for Preliminary Injunction shall be set by further order of the Court;

4. Any bond or security requirement under Federal Rule of Civil Procedure 65(c) is waived; and

5. Service of this Temporary Restraining Order shall be made by Petitioner on the United States Attorney for the District of Alaska by electronic notice and email on the date of this Order and shall constitute good and sufficient service.


DATED: March 21, 2026.           /s/ *Timothy M. Burgess*
                                 TIMOTHY M. BURGESS
                                 UNITED STATES DISTRICT JUDGE

2